B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
**Eastern District of Michigan**

In re **Maria Rocio Brown-Jimenez**  Case No. **11-49341**
Debtor(s)  Chapter **7**

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

XX☐  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 75  Check one  ☒ With the filing of the petition, or
☐ On or before _____

$ 75 on or before  04/30/11

$ 75 on or before  05/30/11

$ 74 on or before  06/30/11

XX☐  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

**Signed on April 11, 2011**

/s/ **Thomas J. Tucker**
Thomas J. Tucker
United States Bankruptcy Judge